

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

DEBRA ANN PEREIRA
Vs.
DEA

C.A. No. 2013 CA 001879 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

2013 MAR 14 PM 2:05
ASSET FORFEITURE SECTION
RECEIVED

Case Assigned to: Judge NATALIA COMBS GREENE
Date: March 12, 2013
Initial Conference: 9:00 am, Friday, June 14, 2013
Location: Courtroom 317
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

## ADDENDUM TO INITIAL ORDER AFFECTING ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

RECEIVED ASSET FORFEITURE SECTION

Chief Judge Lee F. Satterfield

Caio.doc

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

DEBRA ANN PEREIRA
Plaintiff

vs.

DEA
Defendant

13-0001879
Case Number

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Pro Per
DEBRA ANN PEREIRA
Name of Plaintiff's Attorney

3343 BARON ST
Address

Madera Calif 93637
559 675 3374
Telephone

Clerk of the Court

By

Date 3/12/13

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction. Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

RECEIVED
ASSET FORFEITURE SECTION

See reverse side for Spanish translation
Vea al dorso la traducción al español

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

RECEIVED
Office
MAR 12 2013
District of Columbia
Washington, D.C.

Pro/SE
DEBRA ANN PEREIRA
3343 BARON Street
MaderA CALif 93637

*Plaintiff*

13-0001879

(DEA) vs. ASSET ID-13-DEA-576938

CIVIL ACTION NO.

U.S. Department of Justice
Drug Enforcement Administration/
FORfeiture Response 8701 Morrissette
Drive, Springfield, Virginia 22152

*Defendants*

**COMPLAINT**

1. **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

SEE Attachment

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $** X (17205.00) **with interest and costs.** not (17205.00)

X

**Phone:**

**DISTRICT OF COLUMBIA, SS**

________________, **being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.**

X [signature]
**(Plaintiff / Agent)**

X

**Subscribed and sworn to before me this** 12th **day of** March **20**13

2013 MAR 14 PM 2:05
RECEIVED ... FORFEITURE SECTION

[signature]
**(Notary Public/Deputy Clerk)**

DEA ASSET Id# , -- DEA - 576938

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Pro/Per or Pro/Se
DEBRA ANN PEREIRA and/or FRANK G. PEREIRA JR
3343 BARON STREET 3343 Baron St
Madera Calif 93637 Madera, CA 93637
TELEPHONE NO.: 559 675 3374 FAX NO.: mailing address
ATTORNEY FOR (Name):

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF DEA Department of Justice
STREET ADDRESS: Forfeiture Responce P.O. Box 1475
MAILING ADDRESS: 8701 Morrissette Drive Qvantico VA 22134
CITY AND ZIP CODE: Springfield VA 22152
BRANCH NAME:

CASE NAME:
DEBRA ANN PEREIRA and/or Frank G. Pereira

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [X] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*:
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: March 13 2013

DEBRA ANN PEREIRA
Frank George Pereira Jr
(TYPE OR PRINT NAME)

(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

RECEIVED 2013 MAR 14 PM 2:06 ASSET FORFEITURE SECTION

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

DEA asset ID 13-DEA-576938

**I. (a) PLAINTIFFS** U.S. Department of Justice DEA Asset Forfeiture Section Forfeiture Counsel P.O. Box 1475 Quantico VA 22134

**DEFENDANTS** 559675337 DEBRA ANN PEREIRA (and/or) Frank George Pereira 3343 Baron Street Madera CA 93637; mailing address

(b) County of Residence of First Listed Plaintiff District of Columbia (EXCEPT IN U.S. PLAINTIFF CASES) District of Columbia

County of Residence of First Listed Defendant Madera County (and or) Alameda County (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) DEA Forfeiture Counsel Asset Forfeiture Administration Forfeiture Response 8701 Morrissette Drive Springfield VA 22152

Attorneys (If Known) Pro/Per and Pro/Se DEBRA ANN PEREIRA (and/or) 3343 Baron Street Madera Calif 93637; Frank George Pereira 3343 Baron Street Madera CA 93637 mailing address

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance; ☐ 120 Marine; ☐ 130 Miller Act; ☐ 140 Negotiable Instrument; ☐ 150 Recovery of Overpayment & Enforcement of Judgment; ☐ 151 Medicare Act; ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans); ☐ 153 Recovery of Overpayment of Veteran's Benefits; ☐ 160 Stockholders' Suits; ☐ 190 Other Contract; ☐ 195 Contract Product Liability; ☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation; ☐ 220 Foreclosure; ☐ 230 Rent Lease & Ejectment; ☐ 240 Torts to Land; ☐ 245 Tort Product Liability; ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
☐ 310 Airplane; ☐ 315 Airplane Product Liability; ☐ 320 Assault, Libel & Slander; ☐ 330 Federal Employers' Liability; ☐ 340 Marine; ☐ 345 Marine Product Liability; ☐ 350 Motor Vehicle; ☐ 355 Motor Vehicle Product Liability; ☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice; ☐ 365 Personal Injury - Product Liability; ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting; ☐ 442 Employment; ☐ 443 Housing/Accommodations; ☐ 444 Welfare; ☐ 445 Amer. w/Disabilities - Employment; ☐ 446 Amer. w/Disabilities - Other; ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence; Habeas Corpus: ☐ 530 General; ☐ 535 Death Penalty; ☐ 540 Mandamus & Other; ☐ 550 Civil Rights; ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture; ☐ 620 Other Food & Drug; ☐ 625 Drug Related Seizure of Property 21 USC 881; ☐ 630 Liquor Laws; ☐ 640 R.R. & Truck; ☐ 650 Airline Regs.; ☐ 660 Occupational Safety/Health; ☒ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act; ☐ 720 Labor/Mgmt. Relations; ☐ 730 Labor/Mgmt. Reporting & Disclosure Act; ☐ 740 Railway Labor Act; ☐ 790 Other Labor Litigation; ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
☐ 462 Naturalization Application; ☐ 463 Habeas Corpus - Alien Detainee; ☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158; ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights; ☐ 830 Patent; ☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff); ☐ 862 Black Lung (923); ☐ 863 DIWC/DIWW (405(g)); ☐ 864 SSID Title XVI; ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant); ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment; ☐ 410 Antitrust; ☐ 430 Banks and Banking; ☐ 450 Commerce; ☐ 460 Deportation; ☐ 470 Racketeer Influenced and Corrupt Organizations; ☐ 480 Consumer Credit; ☐ 490 Cable/Sat TV; ☐ 810 Selective Service; ☐ 850 Securities/Commodities/Exchange; ☐ 875 Customer Challenge 12 USC 3410; ☐ 890 Other Statutory Actions; ☒ 891 Agricultural Acts; ☐ 892 Economic Stabilization Act; ☐ 893 Environmental Matters; ☐ 894 Energy Allocation Act; ☐ 895 Freedom of Information Act; ☐ 900 Appeal of Fee Determination Under Equal Access to Justice; ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding; ☐ 2 Removed from State Court; ☐ 3 Remanded from Appellate Court; ☐ 4 Reinstated or Reopened; ☐ 5 Transferred from another district (specify); ☐ 6 Multidistrict Litigation; ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: to me no Drug charges at all, not 17,285.00 wrong amount Merced Police kept 17,305.00 currency of my money that my son was bringing

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 — DEMAND $ 17,305.00 not wrong 17,285.00 — CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): Merced Case JUDGE CVM013790 Clerk: Nengsy Mova DOCKET NUMBER

DATE 3/12/2013 SIGNATURE OF ATTORNEY OF RECORD [signatures]

RECEIVED 2013 MAR 21 ASSET FORFEITURE SECTION

FOR OFFICE USE ONLY

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

Print | Save As... | Export as FDF | Retrieve FDF File | Reset

Asset Id: 13 EA 576938
Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, HQs forfeiture Response P.O. Box 1475, Quantico, Virginia 22134-1475 (and or) 8701 Morrissette Drive, Springfield, V.A. 22152
Plaintiff,

Responce - claim opposing forfeiture
Asset Id: 13-DEA-576938

vs.

U.S. Currency ($ 17,305.00) Right amount — MM 2012-217 merced case number
Seventeen Thousands Three Hundred and five Dollars
DEBRA ANN PEREIRA (and or) FRANK GEORGE PEREIRA (Jr)
Defendant

In the United State District Court For the District of Columbia

Forfeiture Response
P.O. BOX 1475
Quantico, Virginia 22134-1475
Forfeiture Counsel Asset Forfeiture Section Drug Enforcement Administration
8701 Morrissette Drive, Springfield, V.A. 22152
VS -
U.S. Currency Seventeen Thousands Three Hundreed and five Dollars ($17,305.00) not Seventeen Thousands Two Hundred Eighty five Dollars ($17,285.00) (wrong amount)

DEBRA ANN PEREIRA (and) Frank G Pereira (Jr)
3343 Baron St
Madera, Calif 93637

claim opposing forfeiture

In Responce to a Jurical petition from DEA-13-DEA 576938 Asset Id: number for the amount of $17,305.00 not 17285.00) right amount wrong Amount

3/11/2013

RECEIVED
2013 MAR 14 PM 2:06
ASSET FORFEITURE SECTION

[signatures]

DEBRA
Franc G. PEREIRA
3343 Baron Street
MADERA Ca 93637
559 675 3374

# Declaration

State of: United State District Court District of Columbia DEA: Asset Id #: 13 DEA -576938 Forfeiture counsel Asset Forfeiture Section Drug Enforcement Administration HQs Forfeiture Response PO Box 1475 Quantico, Virginia 22134-1475 (And/or) 8701 Morrissette Drive, Springfield VA 22152

I hereby declare under penalty of perjury that the foregoing petition including any correct in every Respect

Executed: 3/12/2013
Enter date signed

[signature]
Signature of petition

DEBRA ANN PEREIRA

CITY/COUNTY OF Fairfax
COMMONWEALTH OF VIRGINIA
I CERTIFY THIS TO BE A COMPLETE, FULL, TRUE AND EXACT REPRODUCTION OF THE ORIGINAL DOCUMENT.
CERTIFIED THIS DAY 12th OF March 2013
[signature]
NOTARY PUBLIC

ZAHRA BAGIROVA
Notary Public
Commonwealth of Virginia
7329793
My Commission Expires Apr 30, 2014

RECEIVED
ASSET FORFEITURE SECTION
2013 MAR 14 PM 2:06

March 12 2013
DEBRA ANN PEREIRA
3343 Baron Street
Madera Calif 93637
559 675 3374
Cel 369 5701

[signature]

[signature]

U.S. Department of Justice
Drug Enforcement Administration
Asset Id: 13-DEA-576938 (also) Petition Claim # 13-DEA-576938
Case Number = R9-13-0045
Property: $17,305.00 (Right Amount) US Currencys
Property: $17,285.00 (Wrong Amount) US Currencys
Seizure Date: 01/22/2013 (wrong date)
Seizure Date: 12/28/2013 (Right date)
Seizure Place: Merced, California
Owner Name: DEBRA ANN PEREIRA (right owner)
Owner Name: Frank George Pereira (Jr) (wrong owner)
Seized from: Frank George Pereira (Jr) and Joseph Cortez
Judicial District: Eastern District of California
Merced Case Number - MM2012-217

3-12-2013
Frank George Pereira (Jr)
DEBRA ANN PEREIRA
3343 Baron Street
Madera, Calif 93637
SS# 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

[signatures]

[stamp: 2013 MAR 14 PM 2:06 RECEIVED ASSET FORFEITURE SECTION]

MC-200

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): (and or)
DEBRA ANN PEREIRA Frank George Pereira JR
3343 BARON STREET 3343 BARON STREET
MADERA CALIF 93637 MADERA CALIF 93637
TELEPHONE NO.: 559 6753374 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Pro per

FOR COURT USE ONLY

SUPERIOR COURT ~~OF CALIFORNIA, COUNTY OF~~ Forfeiture Response
STREET ADDRESS: Forfeiture Counsel Asset
MAILING ADDRESS: 8701 Morrissette Drive
CITY AND ZIP CODE: SPRINGfield, VA 22152
BRANCH NAME: DEA Asset Id 13-22152 576938

In the United State District Court
~~THE PEOPLE OF THE STATE OF CALIFORNIA~~
For the District of Columbia

CLAIMED PROPERTY:
U.S. Currency Total $17,305.00 (Right) $17285.00 (wrong)

CLAIMANT (NAME):
DEBRA ANN PEREIRA (and or) Frank George Pereira JR

**CLAIM OPPOSING FORFEITURE** (Health & Saf. Code, § 11488.5)

[X] In response to a judicial petition for forfeiture *(use existing case No.)*

[ ] In response to notice of administrative proceedings

~~CASE NUMBER:~~ Asset Id - 13 - DEA - merced 576938 and MM 2012-217

1. Claimant *(name)*: DEBRA ANN PEREIRA
   is an [X] individual [ ] corporation [ ] other *(specify)*:

2. Claimed property *(describe)*: U.S. Currency Total amount $17,305.00
   one Hundred Dollars Bills 60 = $6,000.00
   Five Dollars Bills - 27 = $135.00
   Ten Dollars Bills 18 = $180.00
   Twenty Dollar Bills 537 $10,740
   Fifty Dollars Bills 5 = $250.00
   wrong Amount $17,285.00

3. Value of claim is [ ] $5,000 or less [X] $5,001 or more (Health & Saf. Code, § 11488.5(a)(3).)

## NOTICE

1. You must file your claim within 30 days after you receive personal or mailed notice that your property may be forfeited. If you do not receive personal or mailed notice, you must file your claim within 30 days after notice is first published in a newspaper.
2. Your claim must be filed in the county where the property was seized. If the property was not seized, file your claim in the county where the property is located. If you have received a notice, you can find the address of the court on that notice.
3. Within 30 days after filing your claim, serve a copy on the District Attorney or Attorney General. The copy must have the court clerk's filing stamp on it.

***This notice is urgent. If you do not understand it, you must seek help.***

## *AVISO*

1. *Usted debe presentar su demanda dentro de los 30 días siguientes a la fecha en que recibe, personalmente o por correo, el aviso de que sus bienes pueden ser confiscados. Si no recibe dicho aviso, deberá presentar su reclamo dentro de los 30 días siguientes a la fecha en que el aviso está publicado por vez primera en un periódico.*
2. *Su demanda debe presentarse en el condado donde fueron confiscados los bienes. Si los bienes no han sido confiscados, presente su demanda en el condado donde están ubicados los bienes. Si ha recibido el aviso, busque la dirección de la corte en el aviso.*
3. *Dentro de los 30 días siguientes a la fecha en que presentó su demanda, envíe una copia de la notificación judicial a la oficina del Fiscal (District Attorney) o del Procurador General (Attorney General). La copia debe llevar el sello del actuario de la corte encargado de recibir las demandas.*

***Esta notificación es urgente. Si usted no la entiende, debe pedir ayuda.***

2013 MAR 14 PM 2:07
RECEIVED
ASSET FORFEITURE SECTION

Form Approved for Optional Use
Judicial Council of California
MC-200 [Rev. January 1, 2002]

**CLAIM OPPOSING FORFEITURE**

Health and Safety Code, § 11488.5

mm 2012-217

wrong amount $ 17,285.00

CLAIMANT (Name): DEBRA ANN PEREIRA

CLAIMED PROPERTY: Total Amount U.S Currency $ 17,305.00

CASE NUMBER: Asset Id-13 DEA-576938

4. Claimant has an interest in the claimed property. Claimant
   - a. ☐ is the owner. *For vehicles (cars, boats, planes, etc.) only:* ☐ registered owner ☐ legal owner
   - b. ☐ has a security interest or is a lien holder ☐ has a right to possess. ($ 17,285.00 wrong)
   - c. ☐ is the personal representative of the estate of the owner, lessee, or secured party
   - d. ☒ other *(specify)*: U.S. Currency Total is $ 17,305.00 (right)

Five Dollars Bills - 27 = $ 135.00 - one hundred Dollars 60 = $6,000.00
Ten Dollars Bills - 18 = $ 180.00
Twenty Dollars Bills - 537 = $ 10,740.00
Fifty Dollar Bills - 5 = $ 250.00 not 17,285.00 WRONG

5. Claimant's interest in the right to or value of the claimed property is DEBRA ANN PEREIRA and Frank G Pereira
   - a. ☒ all ☐ part *(specify nature, amount, or percentage)*: Total Amount
   100 percent Claimant's U.S. Currency Total Amount is $ 17,305.00 not $ 17285.00 wrong Amount
   - b. ☐ unknown. Right Amount

6. **Claimant requests**
   - a. ☒ that the claimed property not be ordered forfeited.
   - b. ☐ that claimant's interest in the claimed property not be ordered forfeited.
   - c. ☐ costs of suit.
   - d. ☐ other *(specify)*:

7. ☒ Number of pages attached: 10

Date: March 12th 2013

DEBRA ANN PEREIRA
Frank George PEREIRA (JR)
(TYPE OR PRINT NAME)

[signature] [signature]
(SIGNATURE OF CLAIMANT)

**VERIFICATION**

I am the claimant in this proceeding and have read this claim. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

March 12th 2013

[signature]
(SIGNATURE OF CLAIMANT)
[signature]

RECEIVED 2013 MAR 14 PM 2:07 ASSET FORFEITURE SECTION

DISTRICT ATTORNEY
Larry D. Morse II

ASSISTANT
DISTRICT ATTORNEY

CHIEF DEPUTY
DISTRICT ATTORNEY
Harold L. Nutt

CHIEF DEPUTY
DISTRICT ATTORNEY
John J. Goold

2222 "M" STREET, MERCED, CA 95340
TELEPHONE (209) 385-7381
FAX (209) 725-3669

**NOTICE OF SEIZURE AND NOTICE OF INTENDED FORFEITURE ACTION**
**[CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 11471/11488/11488.4]**

On ______________, 20______, at ______________________________, California, property described as ______________________________

was seized pursuant to Health and Safety Code Sections 11471/11488.

This Notice is being served upon ______________________________.

This property has an approximate value of $17,365

This property was seized in connection with alleged violation(s) of Section(s) ______________ ~~of the California Health and Safety Code.~~

You are hereby notified that pursuant to Section 11488.4 of the California Health and Safety Code, proceedings to forfeit the above-described property without judicial proceedings are under way.

**IF YOU HAVE A LEGAL INTEREST IN THIS PROPERTY, YOU MUST, WITHIN THIRTY (30) DAYS OF YOUR ACTUAL RECEIPT OF THIS NOTICE, FILE A VERIFIED CLAIM STATING THE NATURE AND EXTENT OF YOUR INTEREST WITH THE CLERK OF THE SUPERIOR COURT, LOCATED AT 2260 "N" STREET, MERCED, CALIFORNIA. AN ENDORSED COPY OF THE VERIFIED CLAIM MUST BE SERVED ON THE MERCED COUNTY DISTRICT ATTORNEY AT 720 W. 20TH STREET, MERCED, CALIFORNIA, WITHIN THIRTY (30) DAYS OF THE FILING OF THE CLAIM.**

Pursuant to Health and Safety Code Section 11488.4(j)(5), a copy of Judicial Council form MC200, Claim Opposing Forfeiture, is attached to this Notice. Claim forms may be obtained from the Office of the Clerk of the Superior Court.

If your claim is properly filed, the District Attorney will decide whether to file a petition for forfeiture with the Superior Court to contest your claim. **IF NO CLAIM IS PROPERLY FILED WITHIN THE TIME ALLOWED, THE PROPERTY WILL BE DECLARED FORFEITED TO THE STATE OF CALIFORNIA AND WILL BE DISPOSED OF ACCORDING TO LAW.**

DATED: ______________

LARRY D. MORSE II
MERCED COUNTY DISTRICT ATTORNEY

By ______________________________
Deputy District Attorney
[or] Authorized Agent

2013 MAR 14 PM 2:03
ASSET FORFEITURE SECTION
RECEIVED

Case No. ______________

Case No. MN2012-217

**PROOF OF SERVICE**
**OF NOTICE OF SEIZURE AND NOTICE OF INTENDED FORFEITURE**

STATE OF CALIFORNIA) ss.
COUNTY OF MERCED )

I am over the age of eighteen years and I am not a party to the forfeiture proceedings.

I served a true copy of the Notice of Seizure and Notice of Intended Forfeiture Action, along with a copy of Judicial Council Form MC 200, Claim Opposing Forfeiture, upon Frank Pereira on 12/28/12 at 1300 Bell St. Atwater, ________, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct this 28th, day of December, 2012, at Atwater, California.

[signature]
Signature

Shoun Her
Name (Typed or Printed)

Agent
Title

Frank G Pereira

I, [signature], ACKNOWLEDGE RECEIPT OF NOTICE OF SEIZURE AND NOTICE OF INTENDED FORFEITURE ACTION AND A COPY OF JUDICIAL COUNCIL FORM MC 200, CLAIM OPPOSING FORFEITURE.

2013 MAR 14 PM 2:03
RECEIVED
ASSET FORFEITURE SECTION

[signature]
Signature of Interested Party

# MERCED MULTI-AGENCY NARCOTIC TASK FORCE MERCED, CALIFORNIA

## ASSET FOREFEITURE FINANCIAL TALLY SHEET

| DENOMINATIONS | NUMBER | AMOUNT |
|---|---|---|
| One-Dollar bills | | $ |
| Two-Dollar bills | | $ |
| Five-Dollar bills | 27 | $ 135 |
| Ten-Dollar bills | 18 | $ 180 |
| Twenty-Dollar bills | 537 | $ 10,740 |
| Fifty-Dollar bills | 5 | $ 250 |
| One-Hundred-Dollar bills | 60 | $ 6,000 |
| Five-Hundred-Dollar bills | | $ |
| One-Thousand-Dollar bills | | $ |
| | | |
| Pennies | | $ |
| Nickles | | $ |
| Dimes | | $ |
| Quarters | | $ |
| Half Dollars | | $ |
| | Total | $ 17,305 |

SUSPECT [illegible]

CASE # [illegible] 217

DATE [illegible]

TIME [illegible]

SEIZING AGENT [illegible]

2013 MAR 14 PM 2:02
ASSET FORFEITURE SECTION
RECEIVED